UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DANIEL CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.,<br><br>　　　　Defendants. | Case No.  3:15-cv-04808-LB<br><br>**AMENDED ORDER DENYING IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 3 |

The application to proceed *in forma pauperis* is **DENIED**. Plaintiff must pay the $400.00 filing fee no later than November 20, 2015. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. Plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, and attachments pursuant to Federal Rule of Civil Procedure 4. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: November 2, 2015

　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3:15-cv-04808 LB - Order