UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CLARK,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PORTECTION, et al.,<br><br>        Defendants. | Case No. 15-cv-04808-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 25 |

    Judgment is hereby entered consistent with the Court's Order Dismissing Case,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 19th day of October, 2016.

    Susan Y. Soong
    Clerk of Court

By: _____
    Nikki D. Riley
    Deputy Clerk to the Honorable
    HAYWOOD S. GILLIAM, JR.